

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

v.

Case No. 24-20214

HON. SUSAN K. DECLERQ

D-1 FATIMA KADI,

Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, FATIMA KADI, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### As to Counts 1 & 2:

- **Wire Fraud; 18 U.S.C. § 1343**

    o Up to 20 years' imprisonment and a fine of up to $250,000.

### As to Count 3:

- **Malicious Use of Fire to Damage or Destroy a Building Used in Interstate Commerce; 18 U.S.C. § 844(i)**

1

- Not less than 5 years' and up to 20 years' imprisonment and a fine of up to $250,000.

## As to Count 4:

- **False Statement to an Agency of the United States; 18 U.S.C. § 1001(a)(2)**

    - Up to 5 years' imprisonment and a fine of up to $250,000.

_____
FATIMA KADI
Defendant


## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
MICHAEL CAFFERTY
Counsel for Defendant

Dated: 4/22/2024