United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

D-1 Fatima Kadi,

    Defendant.

    Case No. 24-20214

    Hon. Susan DeClerq

_____/

## Revised Joint Motion to Appoint Counsel for Surije Fama

Fatima Kadi is charged with arson of a commercial building located at 627 Eleven Mile Road, Royal Oak, Michigan. This building was owned by Kadi, and Kadi has admitted that she was at the property on October 2, 2022, the day of the fire. Kadi also said that her mother, Surije Fama, was with her at the property that day.

On January 30, 2024, ATF agents attempted to interview Fama at her home. Fama told the agents that she was not going to answer questions and directed agents to "talk to my daughter." When agents told Fama that Kadi said she was with her on the day of the fire, Fama agreed, and said: "Yeah, I was with her."

Trial is set for September 9, 2025. On July 29, 2025, ATF Special Agent Mike Stassi attempted to serve Fama with a trial subpoena. But when he knocked

on the door at Fama's residence, the defendant answered the door and said that Fama was not at home. The defendant received a copy of Fama's subpoena and said that she would give it to her. The government does not know if Fama has received the subpoena.

Counsel for the government and counsel for Defendant Kadi jointly request that the Court appoint counsel for Fama, if she meets the financial requirements for court-appointed counsel. The reasons for this joint request are as follows:

1. Fama has not been officially served with a subpoena. The government does not know if Fama is aware of the subpoena and if she understands the requirement that she appear for trial on September 9, 2025. Failure to appear could result in the issuance of a material witness warrant or contempt proceedings.

2. If she testifies, Fama might incriminate herself. Counsel for Fama can advise her of her Fifth Amendment rights.

3. Kadi and Fama have a very close relationship. They currently reside together. Fama is in her seventies. The government is concerned that Defendant Kadi could influence Fama, attempt to witness tamper, or obstruct justice. Counsel for Kadi wants to avoid any appearance of undue influence, witness tampering, and obstruction. Accordingly, both

parties agree that appointment of independent counsel for Fama is appropriate.

4. Appointing counsel now—several weeks before trial—will avoid delay and ensure that trial proceeds smoothly.

The Court has discretion to appoint counsel for trial witnesses. Federal Rule of Evidence 611 provides that "the Court should exercise reasonable control over the mode and order of examining witnesses and presenting evidence so as to: (1) make those procedures effective for determining the truth; (2) avoid wasting time; and (3) protect witnesses from undue harassment or undue embarrassment." The Eastern District of Michigan's Criminal Justice Act Plan provides that "whenever a district judge . . . determines that the interests of justice so require, representation may be provided for any financially eligible person who: . . . (d) has been called as a witness before . . .a  Court," where "there is reason to believe, either prior to or during the testimony, that the witness could be subject to a criminal prosecution, a civil or contempt proceeding, or face loss of liberty." *See* EDMI CJA Plan[1], page 4.

Here, Fama will be called as a witness before the Court. There is reason to believe that she could be subject to a criminal prosecution, because she was with

---

[1] The EDMI CJA plan is available online: https://www.mied.uscourts.gov/PDFFiles/CJA_Plan.pdf

-4-

the defendant at the scene of the fire immediately before the fire started. In addition, she directed agents to "talk to [her] daughter" about the day in question. And if Fama fails to appear for trial, a material witness warrant could issue; thus, she is "fac[ing] loss of liberty." In addition, failure to comply with the subpoena could result in contempt proceedings.

The parties jointly submit that the ends of justice support appointing counsel for Surije Fama.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/ Sara D. Woodward*
Sara D. Woodward
Sean L. King
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
sara.woodward@usdoj.gov
(313) 226-9180

*s/Jeffrey L. Edison (w/consent)*
Jeffrey L. Edison
Counsel for Defendant Kadi
3434 Russell St. Suite 104
Detroit, MI. 48207
(313) 964-0400